IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-11-64-D |
| | ) | |
| PAUL ALAN PORTREY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On July 31, 2012, the Court conducted a hearing on restitution to be ordered in the captioned case. For reasons fully explained on the record during the hearing, information regarding the amount, if any, to be deducted from the loss claims of certain victims as a result of the disposition of recovered property was not available.[1] In order to insure the accuracy of the final restitution amounts, the Court directed the probation office to contact the involved victims to give them an opportunity to provide supplemental materials addressing any such deductions. Such victims, identified during the hearing, shall have 21 days from the date of this Order to provide appropriate supplemental documentation. Failure to provide sufficient information may result in the exclusion of a victim's loss claim from the final restitution order in this case.[2]

---

[1] The Mandatory Victims Restitution Act requires a district court to impose restitution in "an amount equal to – (i) the greater of – (I) the value of the property on the date of the damage, loss, or destruction; or (II) the value of the property on the date of sentencing, less (ii) the value . . . of any part of the property that is returned." 18 U.S.C. § 3663A(b)(1)(B);

[2] However, a victim who had good cause for failing to provide a timely response could petition the Court for an amended restitution order within 60 days after discovery of the information necessary to ascertain the amount of the loss. *See* 18 U.S.C. § 3663A(d)(5).

Accordingly, the United States Probation Office is directed to notify the involved victims forthwith, and provide to each a copy of this Order. A hearing for the final determination of restitution is set for August 29, 2012, at 10:00 a.m.

IT IS SO ORDERED this 31st day off July, 2012.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE